# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RIGOBERTO OSORIO-MERLO,

      Defendant.

Case No. 2:25-cr-00343-GMN-DJA

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, February 4, 2026, at 11:00 a.m., be vacated and continued to __March 19, 2026__ at the hour of 9:00 a.m.

DATED this __26__ day of January 2026.

_____
UNITED STATES DISTRICT JUDGE